1108

No. 96-8818. MOORE v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied. ▮

No. 96-8822. MANWANI v. BRUNELLE ET AL. C. A. 2d Cir. Certiorari denied. ▮

No. 96-8846. FOSTER v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied. ▮

No. 96-8869. ANDERSON v. GROOSE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER, ET AL. C. A. 8th Cir. Certiorari denied. ▮

No. 96-8893. PENROD v. NORTON ET AL. C. A. 10th Cir. Certiorari denied. ▮

No. 96-8899. BARTLEY v. SULLIVAN ET AL. C. A. 5th Cir. Certiorari denied. ▮

No. 96-8911. MITCHELL v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied. ▮

No. 96-8912. McGREGOR v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied. ▮

No. 96-8915. WALLACE v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied. ▮

No. 96-8928. EVANS v. DEMOSTHENES, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied. ▮

No. 96-8931. EWING v. McDANIEL, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 96-8942. MUNDY v. HATCHER, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 96-8944. JONES v. TOOMBS, WARDEN. C. A. 6th Cir. Certiorari denied. ▮

No. 96-8968. ALLEN v. DUNCAN, WARDEN. C. A. 9th Cir. Certiorari denied. ▮

No. 96-8977. EDWARDS v. THOMAS, WARDEN. C. A. 10th Cir. Certiorari denied. ▮